UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| D & B SERVICE & SALES, INC. | ) | Case No. 05-18770 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**Trustee's Final Report**

To:   The Honorable Susan Pierson Sonderby
      United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on May 11, 2005. Joseph A. Baldi, Trustee was appointed Trustee on the May 27, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of November 4, 2007 is as follows:

|   |   |   |   |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | $14,508.03 |
| b. | DISBURSEMENTS (See Exhibit C) | | $15.12 |
| c. | NET CASH available for distribution | | $14,492.91 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | | |
| | 1. | Trustee compensation requested | $2,199.11 |
| | 2. | Trustee Expenses | $0.00 |
| | 3. | Compensation requested by attorney or other professionals for trustee | |

|  |  |  |  |
|---|---|---|---|
| (a.) | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees (Trustee Firm)* | | $6,917.00 |
| (b.) | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Expenses (Trustee Firm)* | | $30.78 |

5. The Bar Date for filing unsecured claims expired on October 11, 2005.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $9,146.89 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $91.36 |
| e. | Allowed unsecured claims | $72,245.63 |

7. Trustee proposes that unsecured creditors with timely filed claims receive a distribution of 10.38% of allowed claims.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Joseph A. Baldi, Trustee *Trustee Compensation* | $0.00 | $2,199.11 | $0.00 |
| Joseph A. Baldi & Associates, P.C. *Attorney for Trustee* | $0.00 | $6,917.00 | $30.78 |

9. A fee of $2,000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: December 4, 2007

/s/
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL  60603

Trustee's Final Report

D & B Service & Sales, Inc.
Case No. 05-18770

Tasks Completed by Trustee

Exhibit A

# EXHIBIT A
## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtors' Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtors at the Section 341 meeting of creditors.

A.   Trustee procured the turnover of the Debtor's cash in bank accounts as of the Petition Date; Trustee analyzed an offer the purchase the Personal Property from the Debtor's principal (the "Offer"); Trustee prepared and presented his motion to sell property ("Motion to Sell"), and pursuant to this Court's order granting the Motion to Sell, Trustee recovered gross proceeds of $5,000.00 on behalf of the Estate; Trustee investigated the Debtor's financial records and identified certain potential fraudulent transfers ("Alleged Transfers"); Trustee investigated these Alleged Transfers; in connection with same, Trustee entered into two tolling agreements in order to provide Trustee with adequate time to obtain and review documentation provided in defense of the Alleged Transfers; in the end, Trustee determined that the Alleged Transfers were not avoidable;

C.   Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D.   Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E.   Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

F.   Trustee examined, analyzed and verified proofs of claim filed against the Estate; and

G.   Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

Form I

Individual Estate Property Record and Report

Exhibit B

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Case No: 05-18770   SPS   Judge: Susan Pierson Sonderby
Case Name: D & B SERVICE & SALES, INC.

For Period Ending: 12/04/07

Trustee Name: Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c): 05/11/05 (f)
341(a) Meeting Date: 06/22/05
Claims Bar Date: 10/11/05

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 230.55 | Unknown | 0.00 | 0.00 |
| 2. Bank Accounts | 800.00 | Unknown | | 9,212.95 | FA | 0.00 | 0.00 |
| Bank One checking account | | | | | | | |
| 3. Bank Accounts | 100.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| Banco Popular payroll account | | | | | | | |
| 4. Accounts Receivable | 15,000.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 5. Machinery, Fixtures & Business Equi | 4,681.00 | Unknown | | 5,064.53 | FA | 0.00 | 0.00 |
| machinery and equipment owned 50/50 with related entity SEECO - sold to shareholder for $1,000 | | | | | | | |
| 6. Inventory | 52,235.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| inventory owned 50/50 with related entity SEECO - sold to shareholder for $4,000 | | | | | | | |
| TOTALS (Excluding Unknown Values) | $72,816.00 | $0.00 | | $14,508.03 | Gross Value of Remaining Assets $0.00 | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Obtained turnover of Debtor's bank account. Sold inventory and machinery to shareholder for $10,000, 50% due to D&B estate on court approval of sale. Determined not to administer jointly with Seeco, Inc. case. Reviewed collectibility of accounts receivable, potential avoidable transfers and claims. Pursuing recovery of transfers from insider and have entering into tolling agmt pending resolution of negotiations. Will resolve and close case.

Initial Projected Date of Final Report (TFR): 03/31/07    Current Projected Date of Final Report (TFR): 09/01/07

LFORM1EX

Ver: 12.61

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05 B 18770 |
| | ) | Chapter 7 |
| D & B Service & Sales, Inc., | ) | Hon. Susan Pierson Sonderby |
| | ) | Hearing Date: August 22, 2006 |
| Debtor. | ) | Time: 10:00 a.m. |

**Order Authorizing Trustee to I) Sell Estate's Interest In Personal Property To Debtor's Principal and II)
For Allowance and Authorization to Pay Appraiser's Fees**

THIS CAUSE COMES BEFORE THE COURT on the **Trustee's Motion I) For Authority To Sell Estate's Interest In Personal Property To Debtor's Principal and II) For Allowance and Authorization to Pay Appraiser's Fees** ("Motion") filed by Joseph A. Baldi, trustee ("Trustee"), due notice having been given and the Court being otherwise fully advised in the promises;

NOW, THEREFORE IT IS HEREBY ORDERED that:

A. Trustee is authorized to sell the Estate's right, title and interest in the personal property described in the Motion consisting of an inventory of parts and accessories, office equipment and other tangible personal property ("Property") to Mr. Robert Denz for $5,000.00 pursuant to the terms of the Offer described in and attached to the Motion;

B. Trustee is authorized to sell the Property to ~~Debtor~~ Mr. Denz free and clear of all liens, claims and encumbrances;

C. Trustee is authorized to execute any and all documents necessary or proper to close the sale of the Property and transfer title to the ~~Debtor~~ Mr. Denz; and

D. There is allowed and Trustee is authorized to pay $500.00 to American Auction Associates, Inc. for appraisal services to the Estate.

Dated: August 22, 2006        ENTERED: _____
                                        Honorable Susan Pierson Sonderby
                                        United States Bankruptcy Judge

Joseph A. Baldi
Attorney ID No. 00100145
Elizabeth C. Berg
Attorney ID No. 6200886
Joseph A. Baldi & Associates
19 S. LaSalle Street #1500
Chicago, Illinois 60603
(312) 726-8150

Trustee's Final Report

D & B Service & Sales, Inc.
Case No. 05-18770

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-18770 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | D & B SERVICE & SALES, INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******1492 Interest earning MMA Account |
| Taxpayer ID No: | *******3534 | | |
| For Period Ending: | 12/04/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) |
| | | | BALANCE FORWARD | | | | 
| | | | | | | Account/CD Balance: 0.00 |
| C 06/23/05 | | BANK ONE Issued by Intergrated Payment Systems Englewood, CO | DEBTOR'S BANK ACCOUNT | 1129-000 | 9,212.95 | | 9,212.95 |
| 06/23/05 | 2 | Asset Sales Memo: | Bank Accounts $9,212.95 | | | | 9,212.95 |
| C 06/30/05 | 1 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 0.25 | | 9,213.20 |
| C 07/29/05 | 1 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 1.95 | | 9,215.15 |
| C 08/31/05 | 1 | Bank of America, N.A. | Interest Rate 0.600 | 1270-000 | 4.70 | | 9,219.85 |
| C 09/30/05 | 1 | Bank of America, N.A. | Interest Rate 0.600 | 1270-000 | 4.55 | | 9,224.40 |
| C 10/31/05 | 1 | Bank of America, N.A. | Interest Rate 0.600 | 1270-000 | 4.70 | | 9,229.10 |
| C 11/30/05 | 1 | Bank of America, N.A. | Interest Rate 0.600 | 1270-000 | 4.55 | | 9,233.65 |
| C 12/30/05 | 1 | Bank of America, N.A. | Interest Rate 0.600 | 1270-000 | 4.70 | | 9,238.35 |
| C 01/31/06 | 1 | Bank of America, N.A. | Interest Rate 0.600 | 1270-000 | 4.71 | | 9,243.06 |
| C t 02/13/06 | | Transfer to Acct #*******0355 | Bank Funds Transfer | 9999-000 | | 7.32 | 9,235.74 |
| C 02/28/06 | 1 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 6.58 | | 9,242.32 |
| C 03/31/06 | 1 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.85 | | 9,250.17 |
| C 04/28/06 | 1 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.60 | | 9,257.77 |
| C 05/31/06 | 1 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.87 | | 9,265.64 |
| C 06/30/06 | 1 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.62 | | 9,273.26 |
| C 07/31/06 | 1 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.88 | | 9,281.14 |
| C 08/31/06 | 1 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.88 | | 9,289.02 |
| C 09/29/06 | 1 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.63 | | 9,296.65 |
| C 10/31/06 | 1 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.90 | | 9,304.55 |
| C 11/30/06 | 1 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.65 | | 9,312.20 |
| C 12/29/06 | 1 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.91 | | 9,320.11 |
| C 01/31/07 | 1 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.92 | | 9,328.03 |
| C 02/13/07 | | Estate of Seeco, Inc., debtor c/o Joseph Baldi, trustee | Sale proceeds and accrued interest | 1129-000 | 5,064.53 | | 14,392.56 |
| 02/13/07 | 5 | Asset Sales Memo: | Machinery, Fixtures & Business Equi $5,064.53 | | | | 14,392.56 |
| C t 02/20/07 | | Transfer to Acct #*******0355 | Bank Funds Transfer | 9999-000 | | 7.80 | 14,384.76 |
| C 02/28/07 | 1 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 9.24 | | 14,394.00 |

LFORM2T4

Ver: 12.61

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 05-18770 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- |
| Case Name: | D & B SERVICE & SALES, INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******1492 Interest earning MMA Account |
| Taxpayer ID No: | *******3534 | | |
| For Period Ending: | 12/04/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  03/30/07 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 12.22 | | 14,406.22 |
| C  04/30/07 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 11.85 | | 14,418.07 |
| C  05/31/07 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 12.25 | | 14,430.32 |
| C  06/29/07 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 11.86 | | 14,442.18 |
| C  07/31/07 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 12.27 | | 14,454.45 |
| C  08/31/07 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 12.28 | | 14,466.73 |
| C  09/28/07 | 1 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 9.21 | | 14,475.94 |
| C  10/31/07 | 1 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 9.23 | | 14,485.17 |
| C  11/30/07 | 1 | Bank of America, N.A. | Interest Rate  0.650 | 1270-000 | 7.74 | | 14,492.91 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******1492 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 4 | Deposits | 14,277.48 | 0 | Checks | 0.00 |
| | 30 | Interest Postings | 230.55 | 0 | Adjustments Out | 0.00 |
| | | | | 2 | Transfers Out | 15.12 |
| | | Subtotal | $  14,508.03 | | | |
| | | | | | Total | $  15.12 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $  14,508.03 | | | |

LFORM2T4

Ver 12.61

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-18770 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | D & B SERVICE & SALES, INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0355 Non-Interest earning DDA Account |
| Taxpayer ID No: | *******3534 | | |
| For Period Ending: | 12/04/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 02/13/06 | | Transfer from Acct #*******1492 | Bank Funds Transfer | 9999-000 | 7.32 | | 7.32 |
| * C 02/13/06 | 001001 | International Sureties<br>203 Carondelet St.<br>New Orleans, LA 70130 | Bond Premium Payment<br>Annual premium payment for Bond # 016026455 | 2300-004 | | 7.32 | 0.00 |
| * C 04/06/06 | 001001 | International Sureties<br>203 Carondelet St<br>New Orleans, LA 70130 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 2300-004 | | -7.32 | 7.32 |
| C 04/11/06 | 001002 | International Sureties<br>203 Carondelet St.<br>New Orleans, LA 70130 | Bond Premium Payment<br>2006 Annual premium payment<br>Replaces Check # 1001 | 2300-000 | | 7.32 | 0.00 |
| C t 02/20/07 | | Transfer from Acct #*******1492 | Bank Funds Transfer | 9999-000 | 7.80 | | 7.80 |
| C 02/20/07 | 001003 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans LA 70130 | | 2300-000 | | 7.80 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******0355 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 4 | Checks | 15.12 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 15.12 |
| 0 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 15.12 | | | |
| | Total | $ 15.12 | | | |

LFORM2T4

Ver: 12.61

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| | |
|---|---|
| Case No: | 05-18770 -SPS |
| Case Name: | D & B SERVICE & SALES, INC. |
| Taxpayer ID No: | *******3534 |
| For Period Ending: | 12/04/07 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0355 Non-Interest earning DDA Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 4 | Deposits | 14,277.48 | | 4 | Checks | 15.12 |
| 30 | Interest Postings | 230.55 | | 0 | Adjustments Out | 0.00 |
| | | | | 2 | Transfers Out | 15.12 |
| | Subtotal | $ 14,508.03 | | | Total | $ 30.24 |
| 0 | Adjustments In | 0.00 | | | | |
| 2 | Transfers In | 15.12 | | | | |
| | Total | $ 14,523.15 | | | Net Total Balance | $ 14,492.91 |

LFORM2T4

Ver: 12.61

Trustee's Final Report

D & B Service & Sales, Inc.
Case No. 05-18770

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| D & B SERVICE & SALES, INC. | ) | Case No. 05-18770 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**Trustee's Proposed Distribution List**

I, Joseph A. Baldi, Trustee, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $9,146.89 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims [507(a)(3)-(a)(6)]: | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $91.36 |
| General Unsecured Claims: | $5,254.66 |
| Interest [726(a)(5)]: | $0.00 |
| Surplus to Debtor [726(a)(6)]: | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$14,492.91** |

**EXHIBIT D**

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $9,146.89 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $2,199.11 | $2,199.11 |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Fees (Tr. Firm)* | $6,917.00 | $6,917.00 |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Expenses (Tr. Firm)* | $30.78 | $30.78 |
| **CLASS TOTALS** | | **$9,146.89** | **$9,146.89** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

**EXHIBIT D**

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 91.36 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 00000012 | Illinois Dept.of Employment Security *Claims of Governmental Units-- 507* | $91.36 | $91.36 |
| | **CLASS TOTALS** | **$91.36** | **$91.36** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) – Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

EXHIBIT D

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(2) - General Unsecured Claims<br>To be paid <u>pro rata</u> after costs of administration and priority claims are paid in full | $ 50,600.17 | 10.35 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---:|---|---:|---:|
| 1 | Perfection Crane & Hoist, Inc.<br>*General Unsecured 726* | $17,091.57 | $1,774.90 |
| 2 | VMI Hoist & Crane Services<br>*General Unsecured 726* | $4,801.14 | $498.58 |
| 3 | Sentry Insurance<br>*General Unsecured 726* | $4,484.20 | $465.67 |
| 4 | MSD-Magnacraft & Struthers-Dunn<br>*General Unsecured 726* | $3,440.40 | $357.27 |
| 5 | Korea Export Insurance Company<br>*General Unsecured 726* | $6,449.00 | $669.71 |
| 6 | John Sakash Company, Inc.<br>*General Unsecured 726* | $2,448.72 | $254.29 |
| 7 | Citibank USA NA<br>*Payments to Unsecured Credit Card Holders* | $3,645.96 | $378.62 |
| 8 | Motion Industries<br>*General Unsecured 726* | $265.53 | $27.58 |
| 9 | MBNA America (Delaware), N.A.<br>*Payments to Unsecured Credit Card Holders* | $7,973.65 | $828.04 |
| | **CLASS TOTALS** | **$50,600.17** | **$5,254.66** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(3) - Tardily filed unsecured claims | $ 21,645.46 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---:|---|---:|---:|
| 10 | Edward P Cremerius, Successor Trust<br>*Tardy General Unsecured 726* | $20,400.00 | $0.00 |
| 11 | Alloy Sling Chain (Asc, Ind.)<br>*Tardy General Unsecured 726* | $1,245.46 | $0.00 |
| | **CLASS TOTALS** | **$21,645.46** | **$0.00** |

EXHIBIT D

**DISTRIBUTION REPORT**  **PAGE 5 of 5**

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  December 4, 2007        /s/
                                Joseph A. Baldi, Trustee

**EXHIBIT D**