UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| D & B Service & Sales, Inc., | ) | Case No. 05-18770 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**Application for Allowance and Payment of**
**Final Compensation and Reimbursement of Expenses**
**of Joseph A. Baldi & Associates, Attorneys for Trustee**

Joseph A. Baldi & Associates, P.C. ("Baldi & Associates" or "B&A"), attorneys for Joseph A.

Baldi, as trustee ("Trustee") of the estate ("Estate") of D&B Service & Sales, Inc., debtor ("Debtor"),

pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order

for the allowance and payment to Baldi & Associates of 1) $6,917.00 as final compensation for

26.80 hours of legal services rendered to the Trustee from October 25, 2005 through the close of

this case and 2) $30.78 as reimbursement of expenses incurred in connection with such services.

In support thereof, Baldi & Associates respectfully states as follows:

**Introduction**

1.    Debtor commenced this case on May 11, 2005 ("Petition Date") by filing a voluntary

petition for relief under chapter 7 of the Code.

2.    Joseph A. Baldi  is the duly appointed, qualified and acting chapter 7 trustee in this

case.

3.    As of the commencement of this case, the Estate's primary assets were the interest

in certain personal property co-owned by the Debtor and a related company which filed for

bankruptcy protection on the Petition Date and the Debtor's cash in bank accounts as of the Petition

Date.

4.    The bar date for filing claims in this case was October 11, 2005.

## Retention of Baldi & Associates

5.    On August 22, 2006, the Court entered an ordered authorizing Trustee to employ Joseph A. Baldi and the law firm of Baldi & Associates as his counsel in this case. A copy of the order authorizing Trustee to retain Baldi & Associates is attached hereto as Exhibit A. Baldi & Associates has served as counsel for Trustee at all times since its retention.

6.    The professional qualifications and experience of the Baldi & Associates attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Trustee during the period covered by this fee application are:

Joseph A. Baldi -- Partner
Donna B. Wallace -- Associate
Elizabeth C. Berg -- Associate/Paralegal[1]

## Prior Compensation Received

7.    This is the first and final application ("Application") for allowance and payment of compensation that Baldi & Associates will file in this case.

## Services Rendered by Baldi & Associates

8.    Itemized and detailed descriptions of the specific services rendered by Baldi & Associates to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of

---

[1]

Ms. Berg is both a licensed attorney at law and a certified and duly trained paralegal. She has performed services on behalf of Trustee in this case in both capacities. As previously disclosed in the Trustee's application to employ Baldi & Associates, Ms. Berg bills for her services as an attorney at the rate of $250/hour and at $160/hour as a paralegal (and at the rate of $200.00/hour and at the rate of $140.00 for her services as a paralegal for the period before June 1, 2007).Ms. Berg maintains separate timekeeper numbers in order to distinguish her dual capacities and to bill her services at the appropriate rate.

services rendered by each attorney or paralegal in each category.

9.      The services rendered by Baldi & Associates during the period covered by this Application have been segregated into two (2) categories. Summarized below by category are the services rendered by Baldi & Associates during the period covered by this Application.

General Administration: Baldi & Associates investigated and analyzed the Debtor's assets; Baldi & Associates negotiated for a sale of the Debtor's personal property; Baldi & Associates prepared and presented the Trustee's Motion to Sell Personal Property; Baldi & Assoicates reviewed and analyzed Debtor's bank accounts and canceled checks and identified potential voidable transfers; in connection with the potential voidable transfers, Baldi & Associates communicated and negotiated with the transferee to obtain information about the alleged voidable transfers; in order to preserve the Estate's rights to recover the alleged voidable transfers, Baldi & Associates prepare and obtained a tolling agreement with the alleged transferee; Baldi & Associates reviewed and analyzed the documents and records provided in defense of the alleged transfers; ultimately Baldi & Associates determined that the alleged transfers were not recoverable.

In connection with the foregoing, Baldi & Associates spent 21.20 hours for which it requests allowance and payment of final compensation in the amount of $5,882.00.

Fee/Employment Applications: Baldi & Associates prepared and presented the Trustee's Motion to Employ Attorneys; Baldi & Associates prepared this Final Fee Application and the Trustee's Final Fee Application.

In connection with the foregoing, Baldi & Associates spent 5.60 hours for which it requests allowance and payment of final compensation in the amount of $1,035.00.

**Compensation Requested**

10.     Baldi & Associates has expended a total of 26.80 hours for the services described and categorized in paragraph nine above. The total value of and the amount of compensation

3

requested herein for those services is $6,917.00.

11.    All of the services performed by Baldi & Associates were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Baldi & Associates at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of Baldi & Associates' services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by Baldi & Associates for which compensation is requested. In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12.    The rates charged by the attorneys and paralegals of Baldi & Associates in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

<b>Payment of Compensation</b>

13.    Baldi & Associates has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Baldi & Associates for services rendered to the Trustee in connection with this case.

14.    Baldi & Associates has not previously received or been promised any payments for services rendered in this case.

15.    The Affidavit of Joseph A Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

4

16.     The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

### Expense Reimbursement

17.     In connection with the performance of the services included herein, Baldi & Associates has incurred actual and necessary expenses for which he requests reimbursement in the amount of $30.78.  These expenses primarily relate to photocopying and postage of various documents filed with the Court.  Itemized descriptions of the expenses are included within the billing statements attached hereto as Exhibit C.

### Status of the Case

18.     The Trustee has administered all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

19.     Trustee has completed and filed his Final Report simultaneously herewith.  A Final Fee Application for the Trustee has also been filed concurrently with this Application.

### Financial Condition of the Case

20.     Trustee currently has approximately $14,475.94 on deposit in the Estate's bank accounts.  The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with his final fee application, 2) the legal fees and expenses allowed to Joseph A. Baldi & Associates, P.C. in connection with this final fee application, and 3)  any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

21.     Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a final distribution to general unsecured creditors in this case representing 10.35% of allowed *timely filed* claims.

5

## Trustee's Approval

22.    Baldi & Associates certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi & Associates, attorneys for Joseph A. Baldi, as trustee, requests the entry of an order providing the following:

A.    Allowing to Baldi & Associates final compensation in the amount of $6,917.00 for actual and necessary professional services rendered to the Trustee from October 25, 2005 through the closing of this case; and

B.    Allowing to Baldi & Associates reimbursement of $30.78 for expenses incurred in connection with the foregoing services; and

C.    For such other and further relief as this Court deems appropriate.

Dated:  December 4, 2007            Joseph A. Baldi & Associates, P.C.

Attorneys for Joseph A. Baldi, as trustee of the estate of D&B Service & Sales, Inc., debtor


By:____/s/_____
        Joseph A. Baldi

Joseph A. Baldi/Atty ID 00100145
Elizabeth C. Berg/Atty ID 6200886
19 South LaSalle St., Suite 1500
Chicago IL 60603
312.726.8150

6

**Baldi & Associates**
**Final Fee Application**

**D&B Service & Sales, Inc.**
**Case No. 05-18770**

Retention Order

Exhibit A

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 05-18770 |
| D & B Service & Sales, Inc., | ) | Hon. Susan Pierson Sonderby |
| | ) | Hearing Date:  August 22, 2006 |
| Debtor. | ) | Time:  10:00 a.m. |

### Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on the Trustee's Application to Employ Joseph A. Baldi and the law firm of Joseph A. Baldi & Associates, P.C. as attorneys for Trustee and the affidavit of Joseph A. Baldi in support thereof; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of D & B Service & Sales, Inc., debtor, is authorized to employ Joseph A. Baldi and the law firm of Joseph A. Baldi & Associates, P.C. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court upon proper application therefor.

Dated:  August 22, 2006

ENTER:

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Joseph A. Baldi
Attorney ID No. 00100145
Elizabeth C. Berg
Attorney ID No. 6200886
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street   Suite 1500
Chicago, IL  60603
(312) 726-8150

**Baldi & Associates**
**Final Fee Application**

**D&B Service & Sales, Inc.**
**Case No. 05-18770**

**Professional Qualifications**

**Exhibit B**

## Baldi & Associates

Joseph A. Baldi

Joseph A. Baldi is the principal shareholder of Baldi & Associates. Prior to establishing his own law firm, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield. P.C.. where he was the Practice Group Chair of the Bankruptcy, Reorganization and Creditors' Rights Practice Group. Mr. Baldi has broad experience in insolvency matters, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors.

Mr. Baldi's extensive experience in the field of bankruptcy includes the representation of creditors, debtors, bankruptcy trustees and creditor committees. Mr. Baldi has represented a variety of lenders, including banks, life insurance companies and other secured creditors in bankruptcy courts throughout the country. Mr. Baldi has represented debtors and bankruptcy trustees in both chapter 7 and chapter 11 cases involving real estate partnerships, restaurants, software vendors. trucking companies, construction firms and gas production facilities.

Mr. Baldi has been a member of the panel of private trustees appointed by the United States Trustee's Office for the Northern District of Illinois since 1988. He has operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill. a retirement home and an industrial real estate partnership. Mr. Baldi has also liquidated a broad range of business entities as a chapter 7 trustee, including law firms, distributorships. retail firms and construction companies.

In addition to his experience in private practice, Mr. Baldi spent five years employed by the United States Trustee's Office in Chicago, Illinois where he supervised some of the largest Chapter 11 cases pending in the Northern District of Illinois. While at the U.S. Trustee's office, Mr. Baldi was responsible for the U.S. Trustee's program which monitors chapter 7 panel trustees.

Mr. Baldi is admitted to practice before the Supreme Court of Illinois, the United States District Courts for the Northern District of Illinois, the Eastern District of Wisconsin, the Northern District of Indiana and the Eastern District of Michigan and the Seventh Circuit Court of Appeals. Mr. Baldi is a member of the Bankruptcy and Reorganizations Committee of the Chicago Bar Association and American Bar Associations, the American Bankruptcy Institute and the National Association of Bankruptcy Trustees. Mr. Baldi has also actively participated in the Mediation and Local Rules subcommittees of the Chicago Bar Association's Bankruptcy and Reorganizations Committee. In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois as a member of his local elementary school board and a Park Ridge alderman.

Mr. Baldi received his Juris Doctor, *cum laude,* from DePaul University, Chicago, Illinois and received his Bachelor of Arts degree from Western Illinois University in Psychology.

## Baldi & Associates

Elizabeth C. Berg

   Elizabeth C. Berg is an Associate of the firm and her expertise is in representing bankruptcy trustees and creditors in both chapter 7 and chapter 11 bankruptcies. Mrs. Berg has represented and worked with Mr. Baldi since his appointment to the panel of private trustees in 1988. Mrs. Berg also has experience representing lenders, borrowers and receivers in commercial foreclosure actions.

   Prior to her graduation from law school in 1989, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending and bankruptcy.

   Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Illinois State Bar Association.

   Mrs. Berg received her Juris Doctor from Loyola University School of Law where she was the recipient of the Lawyers Cooperative Publishing Company's American Jurisprudence Award for Excellent Achievement in the Study of Bankruptcy. She received her certification as a paralegal from Roosevelt University in Chicago, Illinois and received her Bachelor of Arts degree from Brown University in French Language and Culture.

   In addition to practicing law, Mrs. Berg has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants.

## Baldi & Associates

Donna B. Wallace

Donna B. Wallace is an Associate of the firm whose expertise is in representing debtors, creditors and trustees in chapter 7, 11 and 13 proceedings. Prior to attaining her law degree, Mrs. Wallace spent fourteen years in Accounting and Finance with Rockwell International. In her last position with Rockwell, Mrs. Wallace was a Business Segment Controller where she supervised a joint venture with a Japanese Company. After graduating from law school, Mrs. Wallace joined the Bankruptcy Group at Rosenthal and Schanfield; she later joined the firm of Rathje Woodward Dyer and Burt in Wheaton, Illinois where she concentrated in bankruptcy and commercial litigation.

Mrs. Wallace is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a certified mediator and arbitrator.

Mrs. Wallace received her Juris Doctor, *with highest distinction,* from The John Marshall Law School in Chicago. At John Marshall, she received the Wall Street Journal Business Planning Award, was a member of the Law Review which published her comment on the topic of lenders liability and was elected to the Order of John Marshall. Mrs. Wallace received an undergraduate degree in Economics and a Masters Degree in Business Administration.

Mrs. Wallace has served as a part-time member of the accounting and law faculties at various colleges including College of DuPage, MacCormac College, and Roosevelt University and was Associate Professor of Paralegal Studies at Northwestern Business College prior to joining the firm.

**Baldi & Associates**
**Final Fee Application**

**D&B Service & Sales, Inc.**
**Case No. 05-18770**

**Billing Statements**

**Exhibit C**

# Joseph A. Baldi & Associates, P. C.
## 19 S. LaSalle Street
### Suite 1500
### Chicago, IL 60603

**Phone:** (312) 726-8150

**Fax:**    (312) 726-5067

**FEIN:** 36-4352753

---

**Invoice submitted to:**

December 4, 2007

Invoice No:   971

Joseph A. Baldi, trustee
19 South LaSalle Street
Suite 1500
Chicago. IL 60603

## Consolidated Summary

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| **D & B - General Administration** | | | | | | | |
| | 21.20 | $5,882.00 | $22.41 | $5,904.41 | $0.00 | $0.00 | $5,904.41 |
| **D & B - Fee/Employment Applications** | | | | | | | |
| | 5.60 | $1,035.00 | $5.97 | $1,040.97 | $0.00 | $0.00 | $1,040.97 |
| Balance Due | 26.8 | $6,917.00 | $30.78 | | | | $6,945.38 |

## Joseph A. Baldi & Associates, P. C.

12/04/2007

D & B - General Administration

Page    2

---

**In Reference to:**   *D & B - General Administration*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 10/25/2005 | ECB1 | Review file (.1) Review docket (.1) Review claims docket (.1) Memo to Trustee re Retention of attorneys and approval of sale (.1) | 0.40 $140.00/ hr | $56.00 |
| 7/22/2006 | JAB | Review file, prepare motion to approve sale of personal property to debtor.  Review and revise the same. | 1.50 $350.00/ hr | $525.00 |
| 7/24/2006 | ECB1 | Revise motion to sell (.4) Prep Rule 2002 notice of sale (.2) Prepare service and filing of motion and Rule 2002 notice (.3) | 0.90 $140.00/ hr | $126.00 |
| 8/22/2006 | JAB | Appear on D&B Motion to Sell Personal Property | 0.40 $350.00/ hr | $140.00 |
| 9/12/2006 | JAB | Review bank statements and canceled checks regarding possible recoverable transfers.  Telephone call to attorney for debtor regarding same. | 1.00 $350.00/ hr | $350.00 |
| 10/03/2006 | ECB1 | Meet with Trustee and confer on status in connection with 3rd quarterly review for 2006 annual reports | 0.10 $140.00/ hr | $14.00 |
| 5/11/2007 | DBW | Draft tolling agreement between Trustee & Ellie Denz | 0.30 $250.00/ hr | $75.00 |
| 5/11/2007 | DBW | meeting with Trustee re transfers by Debtor to Ellie Denz, Treasurer & need to draft complaint avoiding transfers (.2). draft complaint to avoid transfers pursuant to 11 U.S.C. sections 547 & 548 (1.2) | 1.40 $250.00/ hr | $350.00 |
| 5/11/2007 | JAB | Review file, analyze bank statements to identify possible avoidable transfers.  Review transfers to vendors, insiders.  Review and match transfers to company accounts.  (3.0) Confer with DBW re preparation of tolling agreement, complaint to avoid transfers.  (.5)  Telephone call to L Ottenheimer re tolling agreement, possible avoidable transfers.  Agree to enter into tolling agreement.  (.5) | 4.00 $350.00/ hr | $1,400.00 |
| 5/14/2007 | ECB1 | Review original Bank Statements identified by Trustee as potential avoidable transfers and prepare segregated document production for demand letter and complaint | 1.70 $140.00/ hr | $238.00 |
| 6/11/2007 | JAB | Review file, forward copies of checks to debtors attorney | 0.40 $400.00/ hr | $160.00 |

# Joseph A. Baldi & Associates, P. C.

12/04/2007

D & B - General Administration

Page    3

| Date | | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 7/26/2007 | DBW | begin reviewing documents provided by Ellie Denz re fraudulent transfers | 0.40<br>$300.00/ hr | $120.00 |
| 7/31/2007 | DBW | preference review - analyze data provided by owner re transfer of money made payable to owner to other accounts and other company | 3.50<br>$300.00/ hr | $1,050.00 |
| 8/14/2007 | DBW | review information from debtor's attorney re withdrawals from company accounts (.2), call to debtor's attorney re same (.1) | 0.30<br>$300.00/ hr | $90.00 |
| 8/16/2007 | ECB1 | Review case status and prep closing memo for RKP | 0.30<br>$160.00/ hr | $48.00 |
| 9/04/2007 | DBW | Teleconference with Debtor's attorney re checks to cash or principal which could not be verified as business expenses & recovery of same (.2), email to debtor's attorney forwarding list of checks and settlement offer (.2) | 0.40<br>$300.00/ hr | $120.00 |
| 9/10/2007 | DBW | Teleconference with opposing counsel re progress on documents, extending tolling agreement (.1) Revise Tolling Agreement to extend dates (.1), e-mail to opposing counsel re same (.1) | 0.30<br>$300.00/ hr | $90.00 |
| 9/26/2007 | RKP | Prepare pre-bill for each (.2);  review claims for D&B (.4); review case documents for background information (.1). | 0.80<br>$150.00/ hr | $120.00 |
| 10/19/2007 | DBW | Teleconference with Debtor's attorney re status of fraudulent transfer documents (.1). revise tolling agreement & email to opposing counsel (.1) | 0.20<br>$300.00/ hr | $60.00 |
| 10/29/2007 | DBW | Review backup information provided by Debtor re checks payable to principal, compare with Seeco books & records (1.6), memo to trustee re same (.5) | 2.10<br>$300.00/ hr | $630.00 |
| 11/03/2007 | RKP | Prepare report of administration for inclusion in Trustee's Final Report (.5); prepare notice of final hearing (.3). | 0.80<br>$150.00/ hr | $120.00 |

|  |  | Total Hours | 21.20 | Total Fees | $5,882.00 |

# Joseph A. Baldi & Associates, P. C.

12/04/2007

Page    4

D & B - General Administration

## Expenses

| Start Date | Code | Description | Quantity | Charges |
|---|---|---|---|---|
| 7/24/2006 | COPY | Copies--2002 Notice of motion to sell property | 72.00 @ $0.10/each | $7.20 |
| 7/24/2006 | POSTAGE | Postage--Motion to sell property | 3.00 @ $0.39/each | $1.17 |
| 7/24/2006 | POSTAGE | Postage--2002 notice to sell property | 36.00 @ $0.39/each | $14.04 |
| | | Total Expenses | | $22.41 |

Total New Charges $5,904.41

Previous Balance $0.00

Balance Due $5,904.41

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 1.70 | $250.00 |
| Donna B Wallace | 7.20 | $300.00 |
| Elizabeth (1) C Berg | 3.10 | $140.00 |
| Elizabeth (1) C Berg | 0.30 | $160.00 |
| Joseph A Baldi | 6.90 | $350.00 |
| Joseph A Baldi | 0.40 | $400.00 |
| Ricki K Podorovsky | 1.60 | $150.00 |

**Joseph A. Baldi & Associates, P. C.**                                    12/04/2007

D & B - Fee/Employment Applications                                    Page    5

---

**In Reference to:**    *D & B - Fee/Employment Applications*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 7/22/2006 | JAB | Prepare motion to retain B & A as attorneys. | 0.50<br>$350.00/ hr | $175.00 |
| 7/24/2006 | ECB1 | Prep motion to hire attorneys | 0.50<br>$140.00/ hr | $70.00 |
| 8/22/2006 | JAB | Appear and obtain order on D&B Motion to Hire Baldi & Associates | 0.20<br>$350.00/ hr | $70.00 |
| 11/03/2007 | RKP | Draft B&A Final Fee Application (1.0); prepare order (.1); affidavit (.1); coversheet (.1); review and edit time detail for preparation of final fee application (.5); draft Trustee final fee application (1.0); draft order, coversheet and affidavit (.2); edit time detail (.2); review and edit final B&A Fee Application (.3); review and edit Trustee Fee Application (.3). | 3.80<br>$150.00/ hr | $570.00 |
| 11/06/2007 | ECB | Review and edit Trustee Final Fee Application (.3); review and edit B&A Final Fee Application (.3). | 0.60<br>$250.00/ hr | $150.00 |

|  |  | Total Hours | 5.60 | Total Fees | $1,035.00 |

**Joseph A. Baldi & Associates, P. C.**                                    12/04/2007

D & B  - Fee/Employment Applications                                    Page    6

## Expenses

| Start Date | Code | Description | Quantity | Charges |
|---|---|---|---|---|
| 7/24/2006 | COPY | Copies--motion to sell property (4 copies x 6 pages @$.10 per page) | 24.00 @ $0.10/each | $2.40 |
| 7/24/2006 | COPY | Copies--Motion to Employ (4 copies x 6 pages @$.10 per page) | 24.00 @ $0.10/each | $2.40 |
| 7/24/2006 | POSTAGE | Postage--Motion to employ | 3.00 @ $0.39/each | $1.17 |

|  |  |
|---|---|
| Total Expenses | $5.97 |
| Total New Charges | $1,040.97 |
| Previous Balance | $0.00 |
| Balance Due | $1,040.97 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.60 | $250.00 |
| Elizabeth (1) C Berg | 0.50 | $140.00 |
| Joseph A Baldi | 0.70 | $350.00 |
| Ricki K Podorovsky | 3.80 | $150.00 |

Baldi & Associates
Final Fee Application

D&B Service & Sales, Inc.
Case No. 05-18770

Rule 2016 Affidavit

Exhibit D

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| D & B Service & Sales, Inc., | ) | Case No. 05-18770 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**Rule 2016 Affidavit**

State of Illinois      )
County of Cook      )

      I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

      1.     I am the principal of Joseph A. Baldi & Associates and am authorized to execute this affidavit on behalf of Joseph A. Baldi & Associates.

      2.     I have read the Application for Allowance and Payment of Final Compensation and Reimbursement of Expenses of Joseph A. Baldi & Associates, Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Joseph A. Baldi & Associates has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

      3.     A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

      4.     Joseph A. Baldi & Associates has not previously received payment of any compensation for services rendered in connection with this case. Joseph A. Baldi & Associates has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Joseph A. Baldi & Associates.

      5.     Further affiant sayeth naught.

Joseph A. Baldi

Subscribed and Sworn to before me
December 4, 2007

Notary Public

"OFFICIAL SEAL"
Elizabeth C. Berg
Notary Public, State of Illinois
My Commission Exp. 06/16/2008

**Exhibit D**