UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| D & B SERVICE & SALES, INC. | ) | Case No. 05-18770 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

### Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee

To the Debtor, Creditors and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

At:      **U.S. Bankruptcy Court, 219 S. Dearborn, Rm 642, Chicago, Illinois 60604**

On: **JANUARY 30, 08**          Time: **10:30 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $14,508.03 |
| Disbursements | $15.12 |
| Net Cash Available for Distribution | $14,492.91 |

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE<br>*Trustee Compensation* | $0.00 | $2,199.11 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES, P.C.<br>*Attorney for Trustee (Trustee Firm)* | $0.00 | $6,917.00 | $30.78 |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $91.36 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 00000012 | Illinois Dept. of Employment Security | $91.36 | $91.36 |

7.    Claims of general unsecured creditors totaling $72,245.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 10.38% *for timely filed general unsecured claims.*

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Perfection Crane & Hoist, Inc. | $17,091.57 | $1,769.17 |
| 2 | VMI Hoist & Crane Services | $4,801.14 | $496.97 |
| 3 | Sentry Insurance | $4,484.20 | $464.17 |
| 4 | MSD-Magnacraft & Struthers-Dunn | $3,440.40 | $356.12 |
| 5 | Korea Export Insurance Company | $6,449.00 | $667.54 |
| 6 | John Sakash Company, Inc. | $2,448.72 | $253.47 |
| 7 | Citibank USA NA | $3,645.96 | $377.40 |
| 8 | Motion Industries | $265.53 | $27.49 |
| 9 | MBNA America (Delaware), N.A. | $7,973.65 | $825.36 |
| 10 | Edward P Cremerius, Successor Trust | $20,400.00 | $0.00 |
| 11 | Alloy Sling Chain (ASC, Ind.) | $1,245.46 | $0.00 |

8.    Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov.*  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor has not been discharged.

11.    The Trustee proposes to abandon the following property at the hearing:  NONE

Dated: **December 19, 2007**                    For the Court,

By:   **Kenneth S Gardner**
      Kenneth S. Gardner
      Clerk of the U.S. Bankruptcy Court
      219 S. Dearborn, 7th Floor
      Chicago, Illinois  60604

Trustee:        Joseph A. Baldi
Address:        Suite 1500
                19 South LaSalle Street
                Chicago, IL  60603
Phone No.:      (312) 726-8150

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1          User: sward              Page 1 of 1              Date Rcvd: Dec 19, 2007
Case: 05-18770               Form ID: pdf002          Total Served: 38
```

The following entities were served by first class mail on Dec 21, 2007.
```
db              D & B Service & Sales, Inc.,   5819 W. Irving Road,   Chicago, IL 60634
aty            +Joseph A Baldi,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
                Chicago, IL 60603-1413
aty            +Lester A Ottenheimer, III,   Ottenheimer Teplinsky & Rosenbloom, LLC,
                750 Lake Cook Rd - Ste 140,   Buffalo Grove, IL 60089-2071
tr             +Joseph A Baldi,, Tr,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
                Chicago, IL 60603-1413
9334523         Ace Industries, Inc.,   6205 McDonough Drive,   Norcross, GA  30093
9334524        +All State Insurance,   PO Box 3576,   Akron, OH 44309-3576
9334525        +Alloy Sling Chain (ASC, Ind.),   1406 W. 175th Street,   East Hazelcrest, IL 60429-1820
9334526        +Capital One Credit Card,   PO Box 34631,   Seattle, WA 98124-1631
9334527        +Central Scale Supply Co., Inc.,   13701 S. Kenton Avenue,   Crestwood, IL 60445-1981
9334528        +Cintas Uniform Service,   1025 National Parkway,   Schaumburg, IL 60173-5620
9729253        +Citibank USA NA,   Assoc Shell Payment Center,   4300 Westown Parkway,
                West Des Moines, IA 50266-1266
9334529        +Columbus McKinnon Corp.,   140 John James Audubon Parkway,   Amherst, NY 14228-1197
9334531        +Duct-O-Wire,   PO Box 519,   Corona, CA 92878-0519
9334530        +Edward P Cremerius, Successor Trustee of,   Doroty Denz Trust dated 6/25/96,
                Edward P Cremerius, Trustee,   236 E Northwest Hwy,   Palatine IL 60067-8183
9334532        +Essex Group, Inc.,   7040 Riverport Drive,   Louisville, KY 40258-2858
9334533        +Estate of Dorothy Denz,   4028 N. Mango Avenue,   Chicago, IL 60634-1702
9334534        +Hinckley Springs,   PO Box 530578,   Atlanta, GA 30353-0578
9334535        +Home Depot Credit Services,   PO Box 6029,   The Lakes, NV 88901-6029
10944341       +Illinois Department of Employment Security,   Bankruptcy Unit - 4th Floor,   33 S. State St.,
                Chicago IL 60603-2802
9334536        +Insul-8 Conductic Division,   PO Box 3129,   Omaha, NE 68103-0129
9334537        +John Sakash Company, Inc.,   700 Walnut Street,   Elmhurst, IL 60126-1517
9334538        +Korea Export Insurance Company,   460 Park Avenue,   New York, NY 10022-1906
9904214         MBNA America (Delaware), N.A.,   c/o Becket and Lee, LLP,   P.O. Box 3001,
                Malvern, PA 19355-0701
9334540        +MSD-Magnacraft & Struthers-Dunn,   2295 Hoffmeyer Road,   Florence SC 29501-7306
9334539        +Motion Industries,   1605 Alton Road,   Birmingham AL 35210-3770
9334541        +Office Max Credit Plan,   PO Box 9020,   Des Moines, IA 50368-9020
9334542        +PAC, Inc.,   PO Box 8913,   St. Louis, MO 63101-8913
9334543        +Perfection Crane & Hoist, Inc.,   201 DeGraft Avenue,   Pob 95,   Swanville MN 56382-0095
9334544        +Platinum Plus for Business,   PO Box 15469,   Wilmington, DE 19886-5469
9334545        +Robert L. Denz,   5125 W. Wellington,   Chicago, IL 60641-5020
9334546        +Sentry Insurance,   PO Box 88315,   Milwaukee, WI 53288-0001
9334547        +Shell,   PO Box 183019,   Columbus, OH 43218-3019
9334548        +Sievert Electric Service & Sales,   1230 S. Hannah Avenue,   Forest Park, IL 60130-2400
9460681        +Simmons, Steve,   c/o Dennen & Simons, LLC,   9701 W Higgins Road, Suite 100,
                Rosemont IL 60018-4782
9334549        +Thomas Regional Directory Co., Inc.,   c/o Abrams & Abrams, P.C.,   75 E. Wacker Drive, #320,
                Chicago, IL 60601-3740
9334550        +U.S. Lift,   PO Box 1976,   Elk Grove Village, IL 60009-1976
9334551        +VMI Hoist & Crane Services,   901 17th Street NE,   Cedar Rapids, IA 52402-5259
9334552        +WHM Tool Group,   12476 Collections Center Drive,   Chicago, IL 60693-0124
```

The following entities were served by electronic transmission.
```
NONE.                                                                         TOTAL: 0
```

```
      ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2007**                    **Signature:**   *Joseph Speetjens*