UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7 |
|  | ) |  |
| D & B Service & Sales, Inc., | ) | Hon. Sonderby |
|  | ) |  |
| Debtor. | ) | Case No.  05-18770 |

**Trustee's Final Account
and
Application to Close Case and Discharge Trustee**

To:  The Honorable Sonderby
     United States Bankruptcy Judge

     Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Exhibit A and Exhibit B, respectively.

     All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit C.  Form 2 also reflects a net total balance of zero for this estate.

     The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated:  July 14, 2008


_____
              /s/
        Joseph A. Baldi, Trustee

# Exhibit A

# Compensation Orders

05-18770 26.1 Application for Compensation:Proposed Order Entered: 12/13/2007 12:34:41 PM by:Joseph Baldi, Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| D & B Service & Sales, Inc., | ) | Case No. 05-18770 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

### Order Awarding Compensation

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi, Trustee is allowed compensation as follows:

1. Compensation      $2,199.11

   TOTAL      $2,199.11

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

JAN 3 0 2008

05-18770:28.1:Application for Compensation:Proposed Order Entered: 12/13/2007 12:53:57 PM by:Joseph Baldi, Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| D & B Service & Sales, Inc., | ) | Case No. 05-18770 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**Order Awarding Compensation And Expenses**

THIS MATTER BEING HEARD on the First and Final Request for Compensation and Expense Reimbursement from Joseph A. Baldi & Associates, P.C., Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi & Associates, P.C. is allowed compensation and expense reimbursement as follows:

1. Compensation      $6,917.00
2. Expenses          $30.78

       TOTAL      $6,947.78

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

JAN 2 0 2008

# Exhibit B

# Distribution Report

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| D & B SERVICE & SALES, INC. | ) | Case No. 05-18770-SP S |
| | ) | |
| Debtor(s). | ) | Hon. Susan Pierson Sonderby |

**Trustee's Final Distribution Report**

I, Joseph A. Baldi, Trustee, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $9,146.89 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $91.36 |
| General Unsecured Claim s: | $5,267.69 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $14,505.94 |

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $9,146.89 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $2,199.11 | $2,199.11 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees* | $6,917.00 | $6,917.00 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Expenses* | $30.78 | $30.78 |
| | CLASS TOTALS | $9,146.89 | $9,146.89 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 91.36 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 00000012 | IL Dept. Of Employment Security Claims of Governmental Units-- 507 | $91.36 | $91.36 |
| | CLASS TOTALS | $91.36 | $91.36 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) – Capital      Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 50,600.17 | 10.41 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 00000001 | Perfection Crane & Hoist, Inc. *General Unsecured 726* | $17,091.57 | $1,779.30 |
| 00000002 | VMI Hoist & Crane Services *General Unsecured 726* | $4,801.14 | $499.82 |
| 00000003 | Sentry Insurance *General Unsecured 726* | $4,484.20 | $466.82 |
| 00000004 | MSD-Magnacraft & Struthers-Dunn *General Unsecured 726* | $3,440.40 | $358.16 |
| 00000005 | Korea Export Insurance Company *General Unsecured 726* | $6,449.00 | $671.37 |
| 00000006 | John Sakash Company, Inc. *General Unsecured 726* | $2,448.72 | $254.92 |
| 00000007 | Citibank Usa Na *Payments to Unsecured Credit Card Holders* | $3,645.96 | $379.56 |
| 00000008 | Motion Industries *General Unsecured 726* | $265.53 | $27.64 |
| 00000009 | MBNA America (Delaware), N.A. *Payments to Unsecured Credit Card Holders* | $7,973.65 | $830.10 |
| | **CLASS TOTALS** | **$50,600.17** | **$5,267.69** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 21,645.46 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 00000010 | Edward P Cremerius, Successor Trustee *Tardy General Unsecured 726* | $20,400.00 | $0.00 |
| 00000011 | Alloy Sling Chain (Asc, Ind.) *Tardy General Unsecured 726* | $1,245.46 | $0.00 |
| | **CLASS TOTALS** | **$21,645.46** | **$0.00** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: February 12, 2008                    /s/ Joseph Baldi, trustee

# Exhibit C

## Form 2
# Estate Cash Receipts and Disbursements Record

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-18770 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | D & B SERVICE & SALES, INC. | | Bank Name | Bank of America, N.A. |
| | | | Account Number / CD #: | *******1492 Interest earning MMA Account |
| Taxpayer ID No: | *******3534 | | | |
| For Period Ending: | 07/15/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C   06/23/05 | 2 | BANK ONE Issued by Intergrated Payment Systems Englewood, CO | DEBTOR'S BANK ACCOUNT | 1129-000 | 9,212.95 | | 9,212.95 |
| C   06/30/05 | 1 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 0.25 | | 9,213.20 |
| C   07/29/05 | 1 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 1.95 | | 9,215.15 |
| C   08/31/05 | 1 | Bank of America, N.A. | Interest Rate  0.600 | 1270-000 | 4.70 | | 9,219.85 |
| C   09/30/05 | 1 | Bank of America, N.A. | Interest Rate  0.600 | 1270-000 | 4.55 | | 9,224.40 |
| C   10/31/05 | 1 | Bank of America, N.A. | Interest Rate  0.600 | 1270-000 | 4.70 | | 9,229.10 |
| C   11/30/05 | 1 | Bank of America, N.A. | Interest Rate  0.600 | 1270-000 | 4.55 | | 9,233.65 |
| C   12/30/05 | 1 | Bank of America, N.A. | Interest Rate  0.600 | 1270-000 | 4.70 | | 9,238.35 |
| C   01/31/06 | 1 | Bank of America, N.A. | Interest Rate  0.600 | 1270-000 | 4.71 | | 9,243.06 |
| C t 02/13/06 | | Transfer to Acct #*******0355 | Bank Funds Transfer | 9999-000 | | 7.32 | 9,235.74 |
| C   02/28/06 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 6.58 | | 9,242.32 |
| C   03/31/06 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.85 | | 9,250.17 |
| C   04/28/06 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.60 | | 9,257.77 |
| C   05/31/06 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.87 | | 9,265.64 |

LFORM2T4

Ver: 14.03

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 05-18770 -SPS | |
| Case Name: | D & B SERVICE & SALES, INC. | |
| Taxpayer ID No.: | *******3534 | |
| For Period Ending: | 07/15/08 | |

| | | |
|---|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee | |
| Bank Name: | Bank of America, N.A. | |
| Account Number / CD #: | *******1492  Interest earning MMA Account | |
| Blanket Bond (per case limit) | $ 5,000,000.00 | |
| Separate Bond (if applicable) | | |

| | 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|---|
| C | 06/30/06 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.62 | | 9,273.26 |
| C | 07/31/06 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.88 | | 9,281.14 |
| C | 08/31/06 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.88 | | 9,289.02 |
| C | 09/29/06 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.63 | | 9,296.65 |
| C | 10/31/06 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.90 | | 9,304.55 |
| C | 11/30/06 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.65 | | 9,312.20 |
| C | 12/29/06 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.91 | | 9,320.11 |
| C | 01/31/07 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.92 | | 9,328.03 |
| C | 02/13/07 | 5 | Estate of Seeco, Inc., debtor<br>c/o Joseph Baldi , trustee | Sale proceeds and accrued interest | 1129-000 | 5,064.53 | | 14,392.56 |
| C t | 02/20/07 | | Transfer to Acct #*******0355 | Bank Funds Transfer | 9999-000 | | 7.80 | 14,384.76 |
| C | 02/28/07 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 9.24 | | 14,394.00 |
| C | 03/30/07 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 12.22 | | 14,406.22 |
| C | 04/30/07 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 11.85 | | 14,418.07 |
| C | 05/31/07 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 12.25 | | 14,430.32 |
| C | 06/29/07 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 11.86 | | 14,442.18 |
| C | 07/31/07 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 12.27 | | 14,454.45 |

Ver: 14.03

Page:    3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-18770 -SPS | | Trustee Name | Joseph A. Baldi, Trustee |
| Case Name: | D & B SERVICE & SALES, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | ••••••••1492  Interest earning MMA Account |
| Taxpayer ID No: | ••••••••3534 | | | |
| For Period Ending: | 07/15/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   08/31/07 | 1 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 12.28 | | 14,466.73 |
| C   09/28/07 | 1 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 9.21 | | 14,475.94 |
| C   10/31/07 | 1 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 9.23 | | 14,485.17 |
| C   11/30/07 | 1 | Bank of America, N.A. | Interest Rate  0.650 | 1270-000 | 7.74 | | 14,492.91 |
| C   12/31/07 | 1 | Bank of America, N.A. | Interest Rate  0.500 | 1270-000 | 6.93 | | 14,499.84 |
| C   01/31/08 | 1 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 5.75 | | 14,505.59 |
| C   02/04/08 | 1 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.35 | | 14,505.94 |
| C t 02/04/08 | | Transfer to Acct #••••••••0355 | Final Posting Transfer | 9999-000 | | 14,505.94 | 0.00 |

\* Reversed
t  Funds Transfer
C  Bank Cleared

| Account   ••••••••1492 | | Balance Forward | 0.00 | | 0 | Checks | 0.00 |
|---|---|---|---|---|---|---|---|
| | 2 | Deposits | 14,277.48 | | 0 | Adjustments Out | 0.00 |
| | 33 | Interest Postings | 243.58 | | 3 | Transfers Out | 14,521.06 |
| | | Subtotal | $   14,521.06 | | | Total | $   14,521.06 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 0 | Transfers In | 0.00 | | | | |
| | | Total | $   14,521.06 | | | | |

LFORM2T4

Ver: 14.03

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No | 05-18770 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name | D & B SERVICE & SALES, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD # | ••••••0355 Non-Interest earning DDA Account |
| Taxpayer ID No | ••••••3534 | | | |
| For Period Ending | 07/15/08 | | Blanket Bond (per case limit) | $ 5,000,000.00 |
| | | | Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 02/13/06 | | Transfer from Acct #••••••1492 | Bank Funds Transfer | 9999-000 | 7.32 | | 7.32 |
| • C 02/13/06 | 001001 | International Sureties 203 Carondelet St New Orleans, LA 70130 | Bond Premium Payment Annual premium payment for Bond # 016026455 | 2300-004 | | 7.32 | 0.00 |
| • C 04/06/06 | 001001 | International Sureties 203 Carondelet St. New Orleans, LA 70130 | Stop Payment Reversal | 2300-004 | | -7.32 | 7.32 |
| C 04/11/06 | 001002 | International Sureties 203 Carondelet St. New Orleans, LA 70130 | Bond Premium Payment 2006 Annual premium payment Replaces Check # 1001 | 2300-004 | | 7.32 | 0.00 |
| C t 02/20/07 | | Transfer from Acct #••••••1492 | Bank Funds Transfer | 9999-000 | 7.80 | | 7.80 |
| C 02/20/07 | 001003 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans, LA 70130 | | 2300-000 | | 7.80 | 0.00 |
| C t 02/04/08 | | Transfer from Acct #••••••1492 | Transfer In From MMA Account | 9999-000 | 14,505.94 | | 14,505.94 |
| C 03/10/08 | 001004 | JOSEPH A. BALDI , as Trustee Joseph A. Baldi & Associates 19 S. LaSalle Street Suite 1500 Chicago, Illinois 60603 | | 2100-000 | | 2,199.11 | 12,306.83 |
| C 03/10/08 | 001005 | Joseph A. Baldi & Associates, P.C. | | 3110-000 | | 6,917.00 | 5,389.83 |

LFORM2T4

Ver: 14.03

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 05-18770 -SPS | |
| Case Name | D & B SERVICE & SALES, INC. | |
| | | |
| Taxpayer ID No: | *******3534 | |
| For Period Ending: | 07/15/08 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name | Bank of America, N.A. |
| Account Number / CD #: | *******0355 Non-Interest earning DDA Account |

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 19 S. LaSalle St. #1500<br>Chicago, IL 60603 | | | | | |
| C  03/10/08 | 001006 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St. #1500<br>Chicago, IL 60603 | | 3120-000 | | 30.78 | 5,359.05 |
| C  03/10/08 | 001007 | Illinois Dept. of Employment Security<br>Bankurptcy Unit -- 4th Floor<br>33 N. State St.<br>Chicago, IL 60603 | Claim 00000012, Payment 100.00% | 5800-000 | | 91.36 | 5,267.69 |
| C  03/10/08 | 001008 | Perfection Crane & Hoist, Inc.<br>201 DeGraff Avenue<br>Pob 95<br>Swanville MN 56382 | Claim 00000001, Payment 10.41% | 7100-000 | | 1,779.30 | 3,488.39 |
| C  03/10/08 | 001009 | VMI Hoist & Crane Services<br>901 17th Street NE<br>Cedar Rapids, IA 52402 | Claim 00000002, Payment 10.41% | 7100-000 | | 499.82 | 2,988.57 |
| C  03/10/08 | 001010 | Sentry Insurance<br>PO Box 88315<br>Milwaukee, WI 53288 | Claim 00000003, Payment 10.41% | 7100-000 | | 466.82 | 2,521.75 |
| C  03/10/08 | 001011 | MSD-Magnacraft & Struthers-Dunn<br>2295 Hoffmeyer Road<br>Florence SC 29501 | Claim 00000004, Payment 10.41% | 7100-000 | | 358.16 | 2,163.59 |
| C  03/10/08 | 001012 | Korea Export Insurance Company<br>460 Park Avenue<br>New York, NY 10022 | Claim 00000005, Payment 10.41% | 7100-000 | | 671.37 | 1,492.22 |

LFORM2T4

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 05-18770 -SPS |
| Case Name: | D & B SERVICE & SALES, INC |
| | |
| Taxpayer ID No: | *******3534 |
| For Period Ending: | 07/15/08 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A |
| Account Number / CD # | *******0355  Non-Interest earning DDA Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   03/10/08 | 001013 | John Sakash Company, Inc<br>700 Walnut Street<br>Elmhurst, IL  60126 | Claim 00000006, Payment 10.41% | 7100-000 | | 254.92 | 1,237.30 |
| C   03/10/08 | 001014 | Motion Industries<br>1605 Alton Road<br>Birmingham AL 35210 | Claim 00000008, Payment 10.41% | 7100-000 | | 27.64 | 1,209.66 |
| C   03/10/08 | 001015 | Citibank USA NA<br>Assoc Shell Payment Center<br>4300 Westown Parkway<br>West Des Moines, IA 50266 | Claim 00000007, Payment 10.41% | 7100-900 | | 379.56 | 830.10 |
| C   03/10/08 | 001016 | MBNA America (Delaware), N.A.<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Claim 00000009, Payment 10.41% | 7100-900 | | 830.10 | 0.00 |

* Reversed
t Funds Transfer
C Bank Cleared

| Account  *******0355 | | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 17 | Checks | 14,521.06 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 14,521.06 |
| 3 | Transfers In | 14,521.06 | | | |
| | Total | $ 14,521.06 | | | |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-18770 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | D & B SERVICE & SALES, INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0355  Non-Interest earning DDA Account |
| Taxpayer ID No: | *******3534 | | |
| For Period Ending: | 07/15/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 2 | Deposits | 14,277.48 | 17 | Checks | 14,521.06 | |
| | 33 | Interest Postings | 243.58 | 0 | Adjustments Out | 0.00 | |
| | | | | 3 | Transfers Out | 14,521.06 | |
| | | Subtotal | $  14,521.06 | | | | |
| | | | | | Total | $  29,042.12 | |
| | 0 | Adjustments In | 0.00 | | | | |
| | 3 | Transfers In | 14,521.06 | | | | |
| | | Total | $  29,042.12 | | Net Total Balance | $  0.00 | |