UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| D & B SERVICE & SALES, INC., | ) | CASE NO.  05 B 18770 |
| | ) | |
| Debtor. | ) | HONORABLE SUSAN P. SONDERBY |

### NOTICE OF FILING OF U.S. TRUSTEE'S
### MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT

**To:** Joseph A. Baldi, Trustee
Registrant's e-mail:  Jabaldi@ameritech.net

**Please Take Notice** that on **July 24, 2008,** the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

WILLIAM T. NEARY
UNITED STATES TRUSTEE


DATED:   July 24, 2008          BY: /s/ Roman Sukley
                                Roman Sukley, Attorney
                                OFFICE OF THE U.S. TRUSTEE
                                219 SOUTH DEARBORN STREET
                                SUITE 873
                                CHICAGO, ILLINOIS  60604
                                (312) 886-3324

### CERTIFICATE OF SERVICE

I, Roman Sukley, Attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed. R. Civ. P. 5(a), service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on July 24, 2008.

/s/ Roman Sukley